IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT M. SMITH, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, FCI JESUP, <br><br> Respondent. | CIVIL ACTION NO.: 2:25-cv-41 |

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 13. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 21st day of May, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA